Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | Fit for the Red Carpet LLC |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 47-5194794 |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 34 N. Hawkins, Space 305<br>Akron, OH 44313<br>Number, Street, City, State & ZIP Code | 1700 W. Market Street, Suite 202<br>Akron, OH 44313<br>P.O. Box, Number, Street, City, State & ZIP Code |
| Summit<br>County | Location of principal assets, if different from principal place of business<br><br>Number, Street, City, State & ZIP Code |

5. Debtor's website (URL) _____

6. Type of debtor
   - ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other. Specify: _____

Debtor  **Fit for the Red Carpet LLC**                                   Case number (*if known*)
        Name

7. **Describe debtor's business**   A. *Check one:*
    ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
    ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
    ☐ Railroad (as defined in 11 U.S.C. § 101(44))
    ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
    ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
    ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
    ■ None of the above

    B. *Check all that apply*
    ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
    ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
    ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

    C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
    http://www.uscourts.gov/four-digit-national-association-naics-codes.
    __8121__

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**
    *Check one:*
    ☐ Chapter 7
    ☐ Chapter 9
    ■ Chapter 11. *Check all that apply*:
        ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
        ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
        ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
        ☐ A plan is being filed with this petition.
        ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
        ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A)* with this form.
        ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
    ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
    If more than 2 cases, attach a separate list.
    ■ No.
    ☐ Yes.

    District _____ When _____ Case number _____
    District _____ When _____ Case number _____

| Debtor | Fit for the Red Carpet LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor **Fit for the Runway LLC**   Relationship **affiliate**

District _____   When _____   Case number, if known _____

**11. Why is the case filed in this district?**

Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
Contact name _____
Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☐ Funds will be available for distribution to unsecured creditors.
■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Official Form 201   Voluntary Petition for Non-Individuals Filing for Bankruptcy   page 3

25-50238-amk   Doc 1   FILED 02/18/25   ENTERED 02/18/25 13:54:28   Page 3 of 15

Debtor __Fit for the Red Carpet LLC__  Case number (*if known*) _____
Name

16. **Estimated liabilities**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 02/18/2025
MM / DD / YYYY

X /s/ Rhonda Stark
Signature of authorized representative of debtor

**Rhonda Stark**
Printed name

Title **Owner**

**18. Signature of attorney**

X /s/ Marc B. Merklin
Signature of attorney for debtor

Date 02/18/2025
MM / DD / YYYY

**Marc B. Merklin**
Printed name

**Roetzel & Andress, LPA**
Firm name

**222 S. Main St., Suite 400**
**Akron, OH 44308**
Number, Street, City, State & ZIP Code

Contact phone **3303762700**      Email address  **mmerklin@ralaw.com**

**0018195 OH**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Fit for the Red Carpet LLC** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF OHIO |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  02/18/2025        X _/s/ Rhonda Stark_
                               Signature of individual signing on behalf of debtor

**Rhonda Stark**
Printed name

**Owner**
Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: Fit for the Red Carpet LLC
United States Bankruptcy Court for the: NORTHERN DISTRICT OF OHIO
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Abraham Sanabria<br>4760 HEATHER HILLS RD<br>Akron, OH 44333 | | | | | | Unknown |
| Adam Relitz<br>172 HUNT CLUB DR, APT 1B<br>Akron, OH 44321 | | | | | | Unknown |
| Alexis Troyer<br>1000 Market Avenue S, Suite 211<br>Canton, OH 44707 | | | | | | Unknown |
| Aliyah Rossi<br>720 Schneider St NE<br>Canton, OH 44721 | | | | | | Unknown |
| Brady Manson<br>1605 BRAMBLEWOOD CIR NE<br>Massillon, OH 44646 | | | | | | Unknown |
| Brandon Coakley<br>1698 DOMINION DR., APT. 3<br>Akron, OH 44313 | | | | | | Unknown |
| Capital One<br>Capital One Financial Corp<br>1680 Capital One Drive<br>Mc Lean, VA 22102 | | | | | | $2,000.00 |
| Cassandra Jackson<br>2226 44TH ST NW<br>Canton, OH 44709 | | | | | | Unknown |
| Dai-Ran Norris<br>1717 HAMPTON KNOLL DR<br>Akron, OH 44313 | | | | | | Unknown |

| Debtor | Fit for the Red Carpet LLC | | | Case number (if known) | | |
|---|---|---|---|---|---|---|

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Enbridge<br>915 North Eldridge Parkway<br>Houston, TX 77079 | | | | | | $114.00 |
| Heather Waterhouse<br>3026 WOODLAND RD<br>Akron, OH 44312 | | | | | | Unknown |
| James Moore<br>1615 36th Street NE<br>Canton, OH 44714 | | | | | | Unknown |
| Jason Lucas<br>291 SAINT LEGER AVE.<br>Akron, OH 44305 | | | | | | Unknown |
| Lucas McDevitt<br>1748 NORTHAMPTON RD, APT. 1407<br>Akron, OH 44313 | | | | | | Unknown |
| NABA Realty LLC<br>c/o Gatsby Enterprises LLC<br>347 5th Avenue, Suite 300<br>New York, NY 10016 | | | Contingent Unliquidated Disputed | | | $0.00 |
| Ohio Edison<br>75 South Main Street<br>Akron, OH 44308 | | Utility - Electric | | | | $469.47 |
| Spectrum Business<br>4145 S. Falkenburg Rd.<br>Riverview, FL 33578-8652 | | TV/Internet/Voice Services | | | | $213.94 |
| U.S. Small Business Administration<br>District Counsel<br>Small Business Administration<br>1350 Euclid Avenue, Suite 211<br>Cleveland, OH 44115 | | Substantially all assets - See language in loan docuemnts and UCC filing | | $1,568,500.00 | $146,643.00 | $1,421,857.00 |
| Verizon Business<br>500 Technology Drive, Suite 500<br>Saint Charles, MO 63304 | | Phone Service | | | | $436.69 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| WM Akron, LLC<br>C/o Laurie Ronholdt, Assoc. Counsel<br>151 Bodman Place, Suite 201<br>Red Bank, NJ 07701 | | Commercial Property Lease | | | | $25,000.00 |

**United States Bankruptcy Court**
Northern District of Ohio

In re  Fit for the Red Carpet LLC
Debtor(s)

Case No.
Chapter  11

# VERIFICATION OF CREDITOR MATRIX

I, the Owner of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: 02/18/2025

*Rhonda Stark* (signature)
**Rhonda Stark/Owner**
Signer/Title

Abraham Sanabria
4760 HEATHER HILLS RD
Akron, OH 44333


Adam Relitz
172 HUNT CLUB DR, APT 1B
Akron, OH 44321


Alexis Troyer
1000 Market Avenue S, Suite 211
Canton, OH 44707


Aliyah Rossi
720 Schneider St NE
Canton, OH 44721


Attorney General of the U.S.
Main Justice Building
10th & Constitution Ave, N.W.
Washington, DC 20530


Brady Manson
1605 BRAMBLEWOOD CIR NE
Massillon, OH 44646


Brandon Coakley
1698 DOMINION DR., APT. 3
Akron, OH 44313


Brickell Elite Athletics, LLC
5935 Premier Way, Unit 1422
Naples, FL 34109


Capital One
Capital One Financial Corp
1680 Capital One Drive
Mc Lean, VA 22102


Cassandra Jackson
2226 44TH ST NW
Canton, OH 44709


Dai-Ran Norris
1717 HAMPTON KNOLL DR
Akron, OH 44313

Enbridge
915 North Eldridge Parkway
Houston, TX 77079


EyeMed
4000 Luxotica Place
Mason, OH 45040


Fit for Fifth Avenue LLC
1700 W. Market Street, Suite 202
Akron, OH 44313


Fit for the Runway LLC
1700 W. Market Street, Suite 202
Akron, OH 44313


Heather Waterhouse
3026 WOODLAND RD
Akron, OH 44312


HRI Insurance
1449 Kimber Lane, Suite 103A
Evansville, IN 47715


Internal Revenue Service
PO BOX 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
 Insolvency Group 6
1240 East Ninth Street, Room 493
Cleveland, OH 44199


Internal Revenue Service
Office of the U.S. Attorney
ATTN: Bankruptcy Section
801 W. Superior Ave, Suite 400
Cleveland, OH 44113-1852


James Moore
1615 36th Street NE
Canton, OH 44714

Jason Lucas
291 SAINT LEGER AVE.
Akron, OH 44305


Lucas McDevitt
1748 NORTHAMPTON RD, APT. 1407
Akron, OH 44313


NABA Realty LLC
c/o Gatsby Enterprises LLC
347 5th Avenue, Suite 300
New York, NY 10016


OCG Heritage Center LLC
c/o Osborne Capital Group
7670 Tyler Boulevard
Mentor, OH 44060


Ohio Attorney Gneral
Collection Enforcement Unit
30 E. Broad Street, 14th Floor
Columbus, OH 43215


Ohio Bureau of Workers Compensation
ATTN: Law Section Bankruptcy Unit
PO BOX 15567
Rushville, OH 43150


Ohio Department of Taxation
ATTN Bankruptcy Division
PO BOX 530
Columbus, OH 43216-0530


Ohio Edison
75 South Main Street
Akron, OH 44308


Olivia Hopkins
1306 Titleist Drive
Akron, OH 44312


One America
PO Box 368
Indianapolis, IN 46206

Raye Hammond
7271 Pineland Shores Circle
Cross Hill, SC 29332


Rhonda Stark
1700 W. Market Street, Suite 202
Akron, OH 44313


Shannon Fulytar
2687 RADFORD ST NW
North Canton, OH 44720


Spectrum Business
4145 S. Falkenburg Rd.
Riverview, FL 33578-8652


State Farm
One State Farm Plaza
Bloomington, IL 61710


Trustmark
248 East Capitol Street
Jackson, MS 39201


U.S. Small Business Administration
District Counsel
Small Business Administration
1350 Euclid Avenue, Suite 211
Cleveland, OH 44115


Ultimate Fitness Group LLC
6000 Broken Sound Parkway NW
Suite 200
Boca Raton, FL 33487


Verizon Business
500 Technology Drive, Suite 500
Saint Charles, MO 63304


WM Akron, LLC
C/o Laurie Ronholdt, Assoc. Counsel
151 Bodman Place, Suite 201
Red Bank, NJ 07701

Zoe Waters
1174 TAMPA AVE
Akron, OH 44314