**Fill in this information to identify the case:**

Debtor Name Fit for the Red Carpet

United States Bankruptcy Court for the: Northern District of Ohio

Case number 25-50238

☐ Check if this is an amended filing

# Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: April 2025

Date report filed: 05/20/2025 (MM / DD / YYYY)

Line of business: OrangeTheory Fitness

NAISC code: 8121

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: Rhonda Stark

Original signature of responsible party [signature]

Printed name of responsible party Rhonda Stark

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | Yes | No | N/A |
|---|---|---|---|
| ***If you answer No to any of the questions in lines 1-9, attach an explanation and label it Exhibit A.*** | | | |
| 1. Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☑ | ☐ |
| 6. Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| ***If you answer Yes to any of the questions in lines 10-18, attach an explanation and label it Exhibit B.*** | | | |
| 10. Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

25-50238-amk Doc 92 FILED 05/22/25 ENTERED 05/22/25 11:24:23 Page 1 of 29

17. Have you paid any bills you owed before you filed bankruptcy? ☐ ☑ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case. $ 136,998.11

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here. $ 79,033.26

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here. - $ 67,726.95

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*. + $ 11,306.31

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report. = $ 148,304.42

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables** $ 600.00

*(Exhibit E)*

4/30/25 - Ascend Accounting - Prof Services - $600

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables** *(Exhibit F)* $ 0.00

## 5. Employees

26. What was the number of employees when the case was filed? 21
27. What is the number of employees as of the date of this monthly report? 17

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case? $ 0.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed? $ 0.00
30. How much have you paid this month in other professional fees? $ 806.39
31. How much have you paid in total other professional fees since filing the case? $ 4,201.39

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | *Column A* **Projected** Copy lines 35-37 from the previous month's report. | – | Column B **Actual** Copy lines 20-22 of this report. | = | *Column C* **Difference** Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 83,000.00 | – | $ 79,033.26 | = | $ 3,966.74 |
| 33. **Cash disbursements** | $ 83,022.17 | – | $ 67,277.02 | = | $ 15,745.15 |
| 34. **Net cash flow** | $ -22.17 | – | $ 11,756.24 | = | $ -11,778.41 |

35. Total projected cash receipts for the next month: $ 81,000.00
36. Total projected cash disbursements for the next month: - $ 81,082.17
37. Total projected net cash flow for the next month: = $ -82.17

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- ☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- ☑ 39. Bank reconciliation reports for each account.
- ☑ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- ☑ 41. Budget, projection, or forecast reports.
- ☐ 42. Project, job costing, or work-in-progress reports.

# Fit for the Red Carpet

## Profit and Loss

April 2025

| | TOTAL |
|---|---|
| Income | |
| 40000 Membership Revenue | 80,044.95 |
| 40005 Product Revenue | 1,060.37 |
| 40010 Other Income | 90.00 |
| 41000 Refunds | -224.80 |
| **Total Income** | **$80,970.52** |
| Cost of Goods Sold | |
| 50000 Merchant Fees | 2,509.78 |
| 50005 Product Costs | 2,133.06 |
| 50010 Royalty Fees | 2,934.52 |
| **Total Cost of Goods Sold** | **$7,577.36** |
| GROSS PROFIT | **$73,393.16** |
| Expenses | |
| 60000 Operating Costs | |
| 60002 Accounting | 806.39 |
| 60004 Advertising | 2,480.02 |
| 60010 Bank Charges | 304.00 |
| 60013 Dues & Subscriptions | 49.99 |
| 60020 Insurance | 611.25 |
| 60025 Meals | 24.33 |
| 60028 Member Recognition | 2,106.42 |
| 60030 Office Expense | 562.99 |
| 60045 Rent & Lease | 7,000.00 |
| 60055 Studio Supplies | 32.01 |
| 60065 Technology Costs | 516.99 |
| 60070 Telephone & Internet | 722.71 |
| 60075 Utilities | 1,090.53 |
| **Total 60000 Operating Costs** | **16,307.63** |
| 61000 Labor Costs | |
| 61002 Owner Wages | 12,500.00 |
| 61005 Wages | 7,522.95 |
| 61007 Bonuses | 519.85 |
| 61008 Contractors | 18,233.35 |
| 61010 Payroll Taxes | 1,526.05 |
| 61012 Health Insurance | 2,848.83 |
| 61020 401k Contributions | 0.00 |
| 61025 Payroll Processing Fees | 241.00 |
| **Total 61000 Labor Costs** | **43,392.03** |
| **Total Expenses** | **$59,699.66** |
| NET OPERATING INCOME | **$13,693.50** |
| NET INCOME | **$13,693.50** |

# Fit for the Red Carpet

## Budget vs. Actuals: Budget_FY25_P&L - FY25 P&L

April 2025

| | TOTAL | | |
|---|---|---|---|
| | ACTUAL | BUDGET | OVER BUDGET |
| Income | | | |
| 40000 Membership Revenue | 80,044.95 | 82,000.00 | -1,955.05 |
| 40005 Product Revenue | 1,060.37 | 1,000.00 | 60.37 |
| 40010 Other Income | 90.00 | | 90.00 |
| 41000 Refunds | -224.80 | | -224.80 |
| **Total Income** | **$80,970.52** | **$83,000.00** | **$ -2,029.48** |
| Cost of Goods Sold | | | |
| 50000 Merchant Fees | 2,509.78 | | 2,509.78 |
| 50005 Product Costs | 2,133.06 | | 2,133.06 |
| 50010 Royalty Fees | 2,934.52 | 18,040.00 | -15,105.48 |
| **Total Cost of Goods Sold** | **$7,577.36** | **$18,040.00** | **$ -10,462.64** |
| GROSS PROFIT | **$73,393.16** | **$64,960.00** | **$8,433.16** |
| Expenses | | | |
| 60000 Operating Costs | | | |
| 60002 Accounting | 806.39 | 1,383.33 | -576.94 |
| 60004 Advertising | 2,480.02 | 3,000.00 | -519.98 |
| 60010 Bank Charges | 304.00 | | 304.00 |
| 60013 Dues & Subscriptions | 49.99 | 69.39 | -19.40 |
| 60014 Equipment | | 500.00 | -500.00 |
| 60020 Insurance | 611.25 | 500.00 | 111.25 |
| 60021 Legal Fees | | 5,700.00 | -5,700.00 |
| 60025 Meals | 24.33 | | 24.33 |
| 60028 Member Recognition | 2,106.42 | 1,000.00 | 1,106.42 |
| 60030 Office Expense | 562.99 | 152.98 | 410.01 |
| 60045 Rent & Lease | 7,000.00 | 7,000.00 | 0.00 |
| 60050 Repairs & Maintenance | | 217.00 | -217.00 |
| 60055 Studio Supplies | 32.01 | 2,109.55 | -2,077.54 |
| 60060 Taxes & Licenses | | 1,077.57 | -1,077.57 |
| 60065 Technology Costs | 516.99 | | 516.99 |
| 60070 Telephone & Internet | 722.71 | 436.69 | 286.02 |
| 60075 Utilities | 1,090.53 | 1,677.21 | -586.68 |
| **Total 60000 Operating Costs** | **16,307.63** | **24,823.72** | **-8,516.09** |
| 61000 Labor Costs | | | |
| 61002 Owner Wages | 12,500.00 | | 12,500.00 |
| 61005 Wages | 7,522.95 | 38,000.00 | -30,477.05 |
| 61007 Bonuses | 519.85 | | 519.85 |
| 61008 Contractors | 18,233.35 | | 18,233.35 |
| 61010 Payroll Taxes | 1,526.05 | | 1,526.05 |
| 61012 Health Insurance | 2,848.83 | 2,158.45 | 690.38 |
| 61025 Payroll Processing Fees | 241.00 | | 241.00 |
| **Total 61000 Labor Costs** | **43,392.03** | **40,158.45** | **3,233.58** |
| **Total Expenses** | **$59,699.66** | **$64,982.17** | **$ -5,282.51** |

# Fit for the Red Carpet

## Budget vs. Actuals: Budget_FY25_P&L - FY25 P&L

April 2025

| | TOTAL | | |
|---|---|---|---|
| | ACTUAL | BUDGET | OVER BUDGET |
| NET OPERATING INCOME | **$13,693.50** | **$ -22.17** | **$13,715.67** |
| NET INCOME | **$13,693.50** | **$ -22.17** | **$13,715.67** |



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

April 01, 2025 through April 30, 2025
Account Number: [redacted]9985

**CUSTOMER SERVICE INFORMATION**

| | |
|---|---|
| Web site: | **www.Chase.com** |
| Service Center: | **1-877-425-8100** |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00009841 DRE 001 212 12325 NNNNNNNNNNN 1 000000000 D2 0000

FIT FOR THE RED CARPET LLC
1700 W MARKET ST STE 202
AKRON OH 44313-7002

## Check funds availability: We've increased your available funds on certain check deposits

As of March 23, 2025, in the cases where your full check deposit is not available on the first business day after your deposit, the minimum amount we make available on the first business day after you deposit a check increased from $225 to $275. As a reminder, your deposit receipt will show the date when your deposit is expected to be available.

For more details, including the reasons why we may delay full check deposits, please see our Funds Availability Policy, in Section IV of the Deposit Account Agreement at **chase.com/Business/Disclosures**.

If you have any questions, please call us at the number listed on this statement.

## CHECKING SUMMARY

Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$33,086.59** |
| Deposits and Additions | 33 | 79,643.32 |
| Checks Paid | 3 | -224.80 |
| Electronic Withdrawals | 33 | -89,501.66 |
| Fees | 1 | -299.00 |
| **Ending Balance** | **70** | **$22,704.45** |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/01 | Orig CO Name:Tsys/Transfirst Orig ID:Wfbtransf1 Desc Date:250331 CO Entry Descr:CR CD Dep Sec:CCD Trace#:043305136577633 Eed:250401 Ind ID:543684555747737 Ind Name:Otf Akron 0674 5436845557477378Otf Akron 0674 CR CD Dep 040125 Trn: 0916577633Tc | $1,485.33 |
| 04/02 | Orig CO Name:Tsys/Transfirst Orig ID:Wfbtransf1 Desc Date:250401 CO Entry Descr:CR CD Dep Sec:CCD Trace#:043305138849533 Eed:250402 Ind ID:543684555747737 Ind Name:Otf Akron 0674 5436845557477378Otf Akron 0674 CR CD Dep 040225 Trn: 0928849533Tc | 1,246.33 |
| 04/03 | Orig CO Name:Tsys/Transfirst Orig ID:Wfbtransf1 Desc Date:250402 CO Entry Descr:CR CD Dep Sec:CCD Trace#:043305132915692 Eed:250403 Ind ID:543684555747737 Ind Name:Otf Akron 0674 5436845557477378Otf Akron 0674 CR CD Dep 040325 Trn: 0932915692Tc | 3,828.68 |
| 04/04 | Orig CO Name:Tsys/Transfirst Orig ID:Wfbtransf1 Desc Date:250403 CO Entry Descr:CR CD Dep Sec:CCD Trace#:043305138155543 Eed:250404 Ind ID:543684555747737 Ind Name:Otf Akron 0674 5436845557477378Otf Akron 0674 CR CD Dep 040425 Trn: 0948155543Tc | 2,978.03 |
| 04/04 | Manual CR-Bkrg | 0.78 |
| 04/07 | Orig CO Name:Tsys/Transfirst Orig ID:Wfbtransf1 Desc Date:250406 CO Entry Descr:CR CD Dep Sec:CCD Trace#:043305131580722 Eed:250407 Ind ID:543684555747737 Ind Name:Otf Akron 0674 5436845557477378Otf Akron 0674 CR CD Dep 040725 Trn: 0971580722Tc | 2,654.00 |
| 04/07 | Orig CO Name:Tsys/Transfirst Orig ID:Wfbtransf1 Desc Date:250404 CO Entry Descr:CR CD Dep Sec:CCD Trace#:043305135191561 Eed:250407 Ind ID:543684555747737 Ind Name:Otf Akron 0674 5436845557477378Otf Akron 0674 CR CD Dep 040725 Trn: 0975191561Tc | 2,562.00 |
| 04/07 | Orig CO Name:Tsys/Transfirst Orig ID:Wfbtransf1 Desc Date:250406 CO Entry Descr:CR CD Dep Sec:CCD Trace#:043305131580724 Eed:250407 Ind ID:543684555747737 Ind Name:Otf Akron 0674 5436845557477378Otf Akron 0674 CR CD Dep 040725 Trn: 0971580724Tc | 2,470.00 |
| 04/08 | Orig CO Name:Tsys/Transfirst Orig ID:Wfbtransf1 Desc Date:250407 CO Entry Descr:CR CD Dep Sec:CCD Trace#:043305131178213 Eed:250408 Ind ID:543684555747737 Ind Name:Otf Akron 0674 5436845557477378Otf Akron 0674 CR CD Dep 040825 Trn: 0981178213Tc | 2,917.03 |
| 04/08 | Orig CO Name:Gusto Payroll Orig ID:1453942850 Desc Date:250408 CO Entry Descr:Tax 519643Sec:CCD Trace#:043000091357726 Eed:250408 Ind ID:6Semk46Uq15 Ind Name:Fit For The Red Carpet 6Semjnecn6R Trn: 0981357726Tc | 78.03 |
| 04/09 | Orig CO Name:Tsys/Transfirst Orig ID:Wfbtransf1 Desc Date:250408 CO Entry Descr:CR CD Dep Sec:CCD Trace#:043305131203556 Eed:250409 Ind ID:543684555747737 Ind Name:Otf Akron 0674 5436845557477378Otf Akron 0674 CR CD Dep 040925 Trn: 0991203556Tc | 3,341.03 |
| 04/10 | Orig CO Name:Tsys/Transfirst Orig ID:Wfbtransf1 Desc Date:250409 CO Entry Descr:CR CD Dep Sec:CCD Trace#:043305137392049 Eed:250410 Ind ID:543684555747737 Ind Name:Otf Akron 0674 5436845557477378Otf Akron 0674 CR CD Dep 041025 Trn: 1007392049Tc | 2,733.00 |
| 04/11 | Orig CO Name:Tsys/Transfirst Orig ID:Wfbtransf1 Desc Date:250410 CO Entry Descr:CR CD Dep Sec:CCD Trace#:043305136082589 Eed:250411 Ind ID:543684555747737 Ind Name:Otf Akron 0674 5436845557477378Otf Akron 0674 CR CD Dep 041125 Trn: 1016082589Tc | 2,224.26 |
| 04/11 | Orig CO Name:Trustmark Life I Orig ID:3363421358 Desc Date:250410 CO Entry Descr:Tmk Disb Sec:CCD Trace#:071000156088410 Eed:250411 Ind ID:S-019186 Ind Name:Fit For The Red Carpet 02/01/23 Refund\ 0000000000000006242 Trn: 1016088410Tc | 236.90 |
| 04/14 | Orig CO Name:Tsys/Transfirst Orig ID:Wfbtransf1 Desc Date:250411 CO Entry Descr:CR CD Dep Sec:CCD Trace#:043305131524096 Eed:250414 Ind ID:543684555747737 Ind Name:Otf Akron 0674 5436845557477378Otf Akron 0674 CR CD Dep 041425 Trn: 1041524096Tc | 4,165.00 |
| 04/14 | Orig CO Name:Tsys/Transfirst Orig ID:Wfbtransf1 Desc Date:250413 CO Entry Descr:CR CD Dep Sec:CCD Trace#:043305135697519 Eed:250414 Ind ID:543684555747737 Ind Name:Otf Akron 0674 5436845557477378Otf Akron 0674 CR CD Dep 041425 Trn: 1045697519Tc | 2,980.00 |

CHASE

## DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/14 | Orig CO Name:Tsys/Transfirst Orig ID:Wfbtransf1 Desc Date:250413 CO Entry Descr:CR CD Dep Sec:CCD Trace#:043305135697517 Eed:250414 Ind ID:543684555747737 Ind Name:Otf Akron 0674 5436845557477378Otf Akron 0674 CR CD Dep 041425 Trn: 1045697517Tc | 2,421.00 |
| 04/15 | Orig CO Name:Tsys/Transfirst Orig ID:Wfbtransf1 Desc Date:250414 CO Entry Descr:CR CD Dep Sec:CCD Trace#:043305139472496 Eed:250415 Ind ID:543684555747737 Ind Name:Otf Akron 0674 5436845557477378Otf Akron 0674 CR CD Dep 041525 Trn: 1059472496Tc | 1,902.35 |
| 04/16 | Orig CO Name:Tsys/Transfirst Orig ID:Wfbtransf1 Desc Date:250415 CO Entry Descr:CR CD Dep Sec:CCD Trace#:043305134811767 Eed:250416 Ind ID:543684555747737 Ind Name:Otf Akron 0674 5436845557477378Otf Akron 0674 CR CD Dep 041625 Trn: 1064811767Tc | 2,575.35 |
| 04/17 | Orig CO Name:Tsys/Transfirst Orig ID:Wfbtransf1 Desc Date:250416 CO Entry Descr:CR CD Dep Sec:CCD Trace#:043305137289086 Eed:250417 Ind ID:543684555747737 Ind Name:Otf Akron 0674 5436845557477378Otf Akron 0674 CR CD Dep 041725 Trn: 1077289086Tc | 4,253.35 |
| 04/18 | Orig CO Name:Tsys/Transfirst Orig ID:Wfbtransf1 Desc Date:250417 CO Entry Descr:CR CD Dep Sec:CCD Trace#:043305139150838 Eed:250418 Ind ID:543684555747737 Ind Name:Otf Akron 0674 5436845557477378Otf Akron 0674 CR CD Dep 041825 Trn: 1089150838Tc | 1,986.35 |
| 04/21 | Orig CO Name:Tsys/Transfirst Orig ID:Wfbtransf1 Desc Date:250420 CO Entry Descr:CR CD Dep Sec:CCD Trace#:043305133530060 Eed:250421 Ind ID:543684555747737 Ind Name:Otf Akron 0674 5436845557477378Otf Akron 0674 CR CD Dep 042125 Trn: 1113530060Tc | 2,371.15 |
| 04/21 | Orig CO Name:Tsys/Transfirst Orig ID:Wfbtransf1 Desc Date:250420 CO Entry Descr:CR CD Dep Sec:CCD Trace#:043305133530058 Eed:250421 Ind ID:543684555747737 Ind Name:Otf Akron 0674 5436845557477378Otf Akron 0674 CR CD Dep 042125 Trn: 1113530058Tc | 1,366.26 |
| 04/21 | Orig CO Name:Tsys/Transfirst Orig ID:Wfbtransf1 Desc Date:250418 CO Entry Descr:CR CD Dep Sec:CCD Trace#:043305130654217 Eed:250421 Ind ID:543684555747737 Ind Name:Otf Akron 0674 5436845557477378Otf Akron 0674 CR CD Dep 042125 Trn: 1110654217Tc | 955.00 |
| 04/22 | Orig CO Name:Tsys/Transfirst Orig ID:Wfbtransf1 Desc Date:250421 CO Entry Descr:CR CD Dep Sec:CCD Trace#:043305137402593 Eed:250422 Ind ID:543684555747737 Ind Name:Otf Akron 0674 5436845557477378Otf Akron 0674 CR CD Dep 042225 Trn: 1127402593Tc | 2,027.00 |
| 04/23 | Orig CO Name:Tsys/Transfirst Orig ID:Wfbtransf1 Desc Date:250422 CO Entry Descr:CR CD Dep Sec:CCD Trace#:043305135199311 Eed:250423 Ind ID:543684555747737 Ind Name:Otf Akron 0674 5436845557477378Otf Akron 0674 CR CD Dep 042325 Trn: 1135199311Tc | 2,407.74 |
| 04/24 | Orig CO Name:Tsys/Transfirst Orig ID:Wfbtransf1 Desc Date:250423 CO Entry Descr:CR CD Dep Sec:CCD Trace#:043305139261047 Eed:250424 Ind ID:543684555747737 Ind Name:Otf Akron 0674 5436845557477378Otf Akron 0674 CR CD Dep 042425 Trn: 1149261047Tc | 2,544.00 |
| 04/25 | Orig CO Name:Tsys/Transfirst Orig ID:Wfbtransf1 Desc Date:250424 CO Entry Descr:CR CD Dep Sec:CCD Trace#:043305134139834 Eed:250425 Ind ID:543684555747737 Ind Name:Otf Akron 0674 5436845557477378Otf Akron 0674 CR CD Dep 042525 Trn: 1154139834Tc | 2,544.35 |
| 04/28 | Orig CO Name:Tsys/Transfirst Orig ID:Wfbtransf1 Desc Date:250427 CO Entry Descr:CR CD Dep Sec:CCD Trace#:043305130726050 Eed:250428 Ind ID:543684555747737 Ind Name:Otf Akron 0674 5436845557477378Otf Akron 0674 CR CD Dep 042825 Trn: 1180726050Tc | 2,666.33 |
| 04/28 | Orig CO Name:Tsys/Transfirst Orig ID:Wfbtransf1 Desc Date:250427 CO Entry Descr:CR CD Dep Sec:CCD Trace#:043305130726048 Eed:250428 Ind ID:543684555747737 Ind Name:Otf Akron 0674 5436845557477378Otf Akron 0674 CR CD Dep 042825 Trn: 1180726048Tc | 2,242.00 |

## DEPOSITS AND ADDITIONS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/28 | Orig CO Name:Tsys/Transfirst Orig ID:Wfbtransf1 Desc Date:250425 CO Entry Descr:CR CD Dep Sec:CCD Trace#:043305138287318 Eed:250428 Ind ID:543684555747737 Ind Name:Otf Akron 0674 5436845557477378Otf Akron 0674 CR CD Dep 042825 Trn: 1188287318Tc | 1,968.35 |
| 04/29 | Orig CO Name:Tsys/Transfirst Orig ID:Wfbtransf1 Desc Date:250428 CO Entry Descr:CR CD Dep Sec:CCD Trace#:043305133494045 Eed:250429 Ind ID:543684555747737 Ind Name:Otf Akron 0674 5436845557477378Otf Akron 0674 CR CD Dep 042925 Trn: 1193494045Tc | 1,875.34 |
| 04/30 | Orig CO Name:Tsys/Transfirst Orig ID:Wfbtransf1 Desc Date:250429 CO Entry Descr:CR CD Dep Sec:CCD Trace#:043305130538602 Eed:250430 Ind ID:543684555747737 Ind Name:Otf Akron 0674 5436845557477378Otf Akron 0674 CR CD Dep 043025 Trn: 1200538602Tc | 7,637.00 |
| **Total Deposits and Additions** | | **$79,643.32** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 10075 ^ | | 04/03 | $89.00 |
| 10114 * ^ | | 04/14 | 56.33 |
| 10134 * ^ | | 04/07 | 79.47 |
| **Total Checks Paid** | | | **$224.80** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/01 | Orig CO Name:Aaron Poundstone Orig ID:9215986202 Desc Date:250401 CO Entry Descr:Sale Sec:CCD Trace#:021000026859072 Eed:250401 Ind ID: Ind Name:Fit For The Red Carpet Trn: 0916859072Tc | $406.39 |
| 04/01 | Orig CO Name:Aaron Poundstone Orig ID:9215986202 Desc Date:250401 CO Entry Descr:Sale Sec:CCD Trace#:021000026854757 Eed:250401 Ind ID: Ind Name:Fit For The Red Carpet Trn: 0916854757Tc | 400.00 |
| 04/03 | Orig CO Name:Trustmark Orig ID:1000022373 Desc Date: CO Entry Descr:Sbprfund Sec:CCD Trace#:071000152994415 Eed:250403 Ind ID:Sm90966E0001 Ind Name:Fit For The Red Carpet Tlic Fund To Sm Aso Trn: 0932994415Tc | 2,604.72 |
| 04/03 | Orig CO Name:Gusto Orig ID:9138864007 Desc Date:250403 CO Entry Descr:Fee 213285Sec:CCD Trace#:021000023120039 Eed:250403 Ind ID:6Semk45B2C8 Ind Name:Fit For The Red Carpet 6Semjne3C15 Trn: 0933120039Tc | 241.00 |
| 04/04 | Orig CO Name:Otf Product Sour Orig ID:9820119100 Desc Date:Apr 03 CO Entry Descr:Tfps110008Sec:CCD Trace#:021000022952063 Eed:250404 Ind ID:923909985 Ind Name:Fit For The Red Carpet Trn: 0942952063Tc | 1,800.00 |
| 04/04 | Orig CO Name:Otf Franchisor Orig ID:9471952000 Desc Date:Apr 02 CO Entry Descr:Otff496280Sec:CCD Trace#:021000026270287 Eed:250404 Ind ID:923909985 Ind Name:Fit For The Red Carpet Trn: 0946270287Tc | 1,337.14 |
| 04/04 | Orig CO Name:Otf Product Sour Orig ID:9820119100 Desc Date:Apr 03 CO Entry Descr:Tfps109451Sec:CCD Trace#:021000022952061 Eed:250404 Ind ID:923909985 Ind Name:Fit For The Red Carpet Trn: 0942952061Tc | 333.06 |
| 04/04 | Orig CO Name:Hri Healthinsura Orig ID:1351682400 Desc Date:040425 CO Entry Descr:Receivablesec:CCD Trace#:086300018218610 Eed:250404 Ind ID:20220201Ffrc Ind Name:Fit For The Red Carpet Dynamics EFT Deposit Trn: 0948218610Tc | 177.48 |

## ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/07 | Orig CO Name:Eyemed Orig ID:5430949844 Desc Date: CO Entry Descr:Eyemed Sec:PPD Trace#:081000031641942 Eed:250407 Ind ID: Ind Name:Rhonda Stark Trn: 0971641942Tc | 78.12 |
| 04/09 | Orig CO Name:American United Orig ID:2350145825 Desc Date:040725 CO Entry Descr:Insur Premsec:PPD Trace#:242071758903979 Eed:250409 Ind ID: Ind Name:Fit For The Red Carpet Trn: 0998903979Tc | 269.41 |
| 04/10 | Orig CO Name:Tsys/Transfirst Orig ID:Wfbtransf1 Desc Date:250331 CO Entry Descr:Merch Feessec:CCD Trace#:043305133504652 Eed:250410 Ind ID:543684555747737 Ind Name:Otf Akron 0674 Trn: 1003504652Tc | 2,509.78 |
| 04/10 | Orig CO Name:Brand Fund Bf Orig ID:9156261000 Desc Date:Apr 09 CO Entry Descr:Inv31481 Sec:CCD Trace#:021000023548118 Eed:250410 Ind ID:923909985 Ind Name:Fit For The Red Carpet Trn: 1003548118Tc | 2,480.02 |
| 04/11 | Orig CO Name:Otf Franchisor Orig ID:9471952000 Desc Date:Apr 09 CO Entry Descr:Otff498149Sec:CCD Trace#:021000026901802 Eed:250411 Ind ID:923909985 Ind Name:Fit For The Red Carpet Trn: 1016901802Tc | 1,303.68 |
| 04/11 | Orig CO Name:Otf Franchisor Orig ID:9471952000 Desc Date:Apr 09 CO Entry Descr:Otff496929Sec:CCD Trace#:021000026901800 Eed:250411 Ind ID:923909985 Ind Name:Fit For The Red Carpet Trn: 1016901800Tc | 293.70 |
| 04/11 | Orig CO Name:Intuit * Orig ID:0000756346 Desc Date:250411 CO Entry Descr:Qbooks Onlsec:CCD Trace#:021000029723584 Eed:250411 Ind ID:2565170 Ind Name:Fit For The Red Carpet 800-446-8848 Trn: 1019723584Tc | 11.71 |
| 04/14 | Orig CO Name:Gusto Orig ID:1453942850 Desc Date:250414 CO Entry Descr:Net 745627Sec:CCD Trace#:043000091598930 Eed:250414 Ind ID:6Semk48J40F Ind Name:Fit For The Red Carpet 6Semjnejjsr Trn: 1041598930Tc | 8,474.75 |
| 04/14 | Orig CO Name:Gusto Orig ID:1453942850 Desc Date:250414 CO Entry Descr:Tax 737609Sec:CCD Trace#:043000091598887 Eed:250414 Ind ID:6Semk48J40G Ind Name:Fit For The Red Carpet 6Semjnejc29 Trn: 1041598887Tc | 2,265.46 |
| 04/14 | Orig CO Name:Gusto Orig ID:1453942850 Desc Date:250414 CO Entry Descr:Cnd 745633Sec:CCD Trace#:043000091598953 Eed:250414 Ind ID:6Semk48Mq5K Ind Name:Fit For The Red Carpet 6Semjnejjt1 Trn: 1041598953Tc | 2,184.00 |
| 04/14 | Orig CO Name:Gusto Orig ID:1453942850 Desc Date:250414 CO Entry Descr:Cnd 745633Sec:CCD Trace#:043000091598955 Eed:250414 Ind ID:6Semk48Mq5M Ind Name:Fit For The Red Carpet 6Semjnejjt1 Trn: 1041598955Tc | 2,142.25 |
| 04/14 | Orig CO Name:Gusto Orig ID:1453942850 Desc Date:250414 CO Entry Descr:Cnd 745633Sec:CCD Trace#:043000091598952 Eed:250414 Ind ID:6Semk48Mq5J Ind Name:Fit For The Red Carpet 6Semjnejjt1 Trn: 1041598952Tc | 1,734.00 |
| 04/14 | Orig CO Name:Gusto Orig ID:1453942850 Desc Date:250414 CO Entry Descr:Cnd 745633Sec:CCD Trace#:043000091598954 Eed:250414 Ind ID:6Semk48Mq5L Ind Name:Fit For The Red Carpet 6Semjnejjt1 Trn: 1041598954Tc | 870.00 |
| 04/14 | Orig CO Name:Gusto Orig ID:1453942850 Desc Date:250414 CO Entry Descr:Cnd 745633Sec:CCD Trace#:043000091598950 Eed:250414 Ind ID:6Semk48Mq5H Ind Name:Fit For The Red Carpet 6Semjnejjt1 Trn: 1041598950Tc | 430.00 |
| 04/14 | Orig CO Name:Gusto Orig ID:1453942850 Desc Date:250414 CO Entry Descr:Cnd 745633Sec:CCD Trace#:043000091598951 Eed:250414 Ind ID:6Semk48Mq5I Ind Name:Fit For The Red Carpet 6Semjnejjt1 Trn: 1041598951Tc | 250.00 |
| 04/14 | Zelle Payment To Aliyah 24398041384 | 213.23 |
| 04/16 | Orig CO Name:Gusto Orig ID:1453942850 Desc Date:250416 CO Entry Descr:Cnd 871261Sec:CCD Trace#:043000094952208 Eed:250416 Ind ID:6Semk49Tm1H Ind Name:Fit For The Red Carpet 6Semjneneit Trn: 1064952208Tc | 700.00 |
| 04/18 | Zelle Payment To Abe Coach 24465552335 | 200.00 |
| 04/18 | Zelle Payment To Heather Otf Jpm99B5Da3T0 | 200.00 |


## ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/18 | Zelle Payment To Luke Orange Splatboy Jpm99B5Darzu | 200.00 |
| 04/21 | Zelle Payment To Heather Otf Jpm99B5Kritr | 26.92 |
| 04/21 | Orig CO Name:Intuit * Orig ID:0000756346 Desc Date:250420 CO Entry Descr:Qbooks Onlsec:CCD Trace#:021000023734286 Eed:250421 Ind ID:5924719 Ind Name:Fit For The Red Carpet 800-446-8848 Trn: 1113734286Tc | 105.68 |
| 04/22 | Zelle Payment To Shannon Fulytar Jpm99B5Qars4 | 119.85 |
| 04/24 | Orig CO Name:8063-1Hioosut Orig ID:131Hioosut Desc Date:250423 CO Entry Descr:Ohsalesutxsec:Web Trace#:041001039391111 Eed:250424 Ind ID:2284743 Ind Name:Fit For The Red Carpet Trn: 1149391111Tc | 139.31 |
| 04/28 | 04/27 Domestic Wire Transfer Via: Hunt Col/044000024 A/C: Aba/041215032 Streetboro OH US Ben: Fit For The Red Carpet LLC Imad: 0428Mmqfmp2L006534 Trn: 3013625116Es | 55,000.00 |
| **Total Electronic Withdrawals** | | **$89,501.66** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/03 | Service Charges For The Month of March | $299.00 |
| **Total Fees** | | **$299.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 04/01 | $33,765.53 | 04/11 | 47,128.31 | 04/22 | 53,958.65 |
| 04/02 | 35,011.86 | 04/14 | 38,074.29 | 04/23 | 56,366.39 |
| 04/03 | 35,606.82 | 04/15 | 39,976.64 | 04/24 | 58,771.08 |
| 04/04 | 34,937.95 | 04/16 | 41,851.99 | 04/25 | 61,315.43 |
| 04/07 | 42,466.36 | 04/17 | 46,105.34 | 04/28 | 13,192.11 |
| 04/08 | 45,461.42 | 04/18 | 47,491.69 | 04/29 | 15,067.45 |
| 04/09 | 48,533.04 | 04/21 | 52,051.50 | 04/30 | 22,704.45 |
| 04/10 | 46,276.24 | | | | |

## SERVICE CHARGE SUMMARY

Chase Platinum Business Checking Accounts Included: 2191

| | | |
|---|---|---|
| Monthly Service Fee | $95.00 | |
| Other Service Charges | $0.00 | |
| **Total Service Charges** | **$95.00** | Will be assessed on 5/5/25 |

As an added benefit of your Chase Private Client Checking account, you can avoid a monthly service fee on your Chase Platinum Business Checking account in the future by maintaining an average ledger balance of $50,000.00 or more in business deposits and investments.

See your Account Rules and Regulations or stop in to see a banker today to find out more.


## SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|---|---|---|---|---|---|
| **Monthly Service Fee** | | | | | |
| Monthly Service Fee | 1 | | | $95.00 | $95.00 |
| **Other Service Charges:** | | | | | |
| **Electronic Credits** | | | | | |
| Electronic Credits | 33 | Unlimited | 0 | $0.40 | $0.00 |
| **Credits** | | | | | |
| Non-Electronic Transactions | 30 | 500 | 0 | $0.40 | $0.00 |
| **Subtotal Other Service Charges (Will be assessed on 5/5/25)** | | | | | **$95.00** |

| ACCOUNT 2191 | VOLUME |
|---|---|
| **Other Service Charges:** | |
| **Electronic Credits** | |
| Electronic Credits | 1 |

| ACCOUNT 9985 | VOLUME |
|---|---|
| **Monthly Service Fee** | |
| Monthly Service Fee | 1 |
| **Other Service Charges:** | |
| **Electronic Credits** | |
| Electronic Credits | 32 |
| **Credits** | |
| Non-Electronic Transactions | 30 |

Reminder: Fees associated with ACH Payments, Real Time Payments, Same Day ACH, ACH Collections and Chase QuickDeposit[SM] are based on previous month activity.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**


This Page Intentionally Left Blank

Fit for the Red Carpet

**10000 Chase Checking, Period Ending 04/30/2025**

**RECONCILIATION REPORT**

Reconciled on: 05/07/2025

Reconciled by: Maxim Liberty

Any changes made to transactions after this date aren't included in this report.

**Summary**

| | USD |
|---|---|
| Statement beginning balance | 33,086.59 |
| Checks and payments cleared (37) | -90,025.46 |
| Deposits and other credits cleared (33) | 79,643.32 |
| Statement ending balance | 22,704.45 |
| | |
| Register balance as of 04/30/2025 | 22,704.45 |
| Cleared transactions after 04/30/2025 | 0.00 |
| Uncleared transactions after 04/30/2025 | 10,702.42 |
| Register balance as of 05/07/2025 | 33,406.87 |

**Details**

Checks and payments cleared (37)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 04/01/2025 | Expense | | Ascend Accounting | -406.39 |
| 04/01/2025 | Expense | | Ascend Accounting | -400.00 |
| 04/03/2025 | Expense | | Trustmark | -2,604.72 |
| 04/03/2025 | Expense | 10075 | Check | -89.00 |
| 04/03/2025 | Expense | | Chase | -299.00 |
| 04/03/2025 | Expense | | Gusto | -241.00 |
| 04/04/2025 | Expense | | OTF | -333.06 |
| 04/04/2025 | Expense | | HRI Health Insurance | -177.48 |
| 04/04/2025 | Expense | | OTF | -1,337.14 |
| 04/04/2025 | Expense | | OTF | -1,800.00 |
| 04/05/2025 | Expense | | EyeMed | -78.12 |
| 04/07/2025 | Expense | 10134 | Check | -79.47 |
| 04/09/2025 | Expense | | American United | -269.41 |
| 04/10/2025 | Expense | | Brand Fund | -2,480.02 |
| 04/10/2025 | Expense | | TSYS | -2,509.78 |
| 04/11/2025 | Expense | | OTF | -293.70 |
| 04/11/2025 | Expense | | OTF | -1,303.68 |
| 04/11/2025 | Expense | | Intuit / QuickBooks | -11.71 |
| 04/12/2025 | Expense | | James Moore | -1,734.00 |
| 04/12/2025 | Expense | | Abe Sanabria | -2,142.25 |
| 04/12/2025 | Expense | | Jason Lucas | -250.00 |
| 04/12/2025 | Expense | | Jason Lucas AA | -430.00 |
| 04/12/2025 | Expense | | Aliyah | -213.23 |
| 04/12/2025 | Expense | | Gusto | -8,474.75 |
| 04/12/2025 | Expense | | Gusto | -2,265.46 |
| 04/12/2025 | Expense | | Alexis Mullet | -870.00 |
| 04/12/2025 | Expense | | Lucas McDevitt | -2,184.00 |
| 04/14/2025 | Check | 10114 | Check | -56.33 |
| 04/16/2025 | Expense | | Zachary Hendrickson | -700.00 |
| 04/18/2025 | Expense | | Luke Orange splatboy | -200.00 |
| 04/18/2025 | Expense | | Abe Coach | -200.00 |
| 04/18/2025 | Expense | | Heather | -200.00 |
| 04/20/2025 | Expense | | Heather | -26.92 |
| 04/21/2025 | Expense | | Intuit / QuickBooks | -105.68 |
| 04/22/2025 | Expense | | | -119.85 |
| 04/24/2025 | Expense | | | -139.31 |
| 04/27/2025 | Expense | | | -55,000.00 |
| **Total** | | | | **-90,025.46** |

Deposits and other credits cleared (33)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 04/01/2025 | Deposit | | TSYS | 1,485.33 |
| 04/02/2025 | Deposit | | TSYS | 1,246.33 |
| 04/03/2025 | Deposit | | TSYS | 3,828.68 |
| 04/04/2025 | Deposit | | TSYS | 2,978.03 |
| 04/04/2025 | Deposit | | | 0.78 |
| 04/05/2025 | Deposit | | TSYS | 2,562.00 |
| 04/07/2025 | Deposit | | TSYS | 2,654.00 |
| 04/07/2025 | Deposit | | TSYS | 2,470.00 |
| 04/08/2025 | Deposit | | TSYS | 2,917.03 |
| 04/08/2025 | Deposit | | Gusto | 78.03 |
| 04/09/2025 | Deposit | | TSYS | 3,341.03 |
| 04/10/2025 | Deposit | | TSYS | 2,733.00 |
| 04/11/2025 | Deposit | | Trustmark | 236.90 |
| 04/11/2025 | Deposit | | TSYS | 2,224.26 |
| 04/12/2025 | Deposit | | TSYS | 4,165.00 |
| 04/14/2025 | Deposit | | TSYS | 2,980.00 |
| 04/14/2025 | Deposit | | TSYS | 2,421.00 |
| 04/15/2025 | Deposit | | TSYS | 1,902.35 |
| 04/16/2025 | Deposit | | TSYS | 2,575.36 |
| 04/17/2025 | Deposit | | TSYS | 4,253.35 |
| 04/18/2025 | Deposit | | TSYS | 1,986.35 |
| 04/19/2025 | Deposit | | TSYS | 955.00 |
| 04/21/2025 | Deposit | | TSYS | 2,371.15 |
| 04/21/2025 | Deposit | | TSYS | 1,366.26 |
| 04/22/2025 | Deposit | | TSYS | 2,027.00 |
| 04/23/2025 | Deposit | | TSYS | 2,407.74 |
| 04/24/2025 | Deposit | | TSYS | 2,544.00 |
| 04/25/2025 | Deposit | | TSYS | 2,544.35 |
| 04/26/2025 | Deposit | | TSYS | 1,968.35 |
| 04/28/2025 | Deposit | | TSYS | 2,242.00 |
| 04/28/2025 | Deposit | | TSYS | 2,666.33 |
| 04/29/2025 | Deposit | | TSYS | 1,875.34 |
| 04/30/2025 | Deposit | | TSYS | 7,637.00 |
| **Total** | | | | **79,643.32** |

**Additional Information**

Uncleared checks and payments after 04/30/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/02/2025 | Expense | | Brandon | -510.00 |
| 05/03/2025 | Expense | | Trustmark | -2,604.72 |
| 05/04/2025 | Expense | | Heather | -132.12 |
| 05/05/2025 | Expense | | Chase | -95.00 |
| 05/05/2025 | Expense | | Abe Coach | -175.00 |
| **Total** | | | | **-3,516.84** |

Uncleared deposits and other credits after 04/30/2025

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/01/2025 | Deposit | | TSYS | 1,250.62 |
| 05/02/2025 | Deposit | | TSYS | 3,369.30 |
| 05/03/2025 | Deposit | | TSYS | 4,196.01 |
| 05/05/2025 | Deposit | | TSYS | 2,592.30 |
| 05/05/2025 | Deposit | | TSYS | 2,811.03 |
| **Total** | | | | **14,219.26** |

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37
COLUMBUS OH 43216-1558

FIT FOR THE RED CARPET LLC
1700 W MARKET ST STE 202
AKRON OH 44313-7002

*Have a Question or Concern?*

Stop by your nearest Huntington office or contact us at:

1-800-480-2001

www.huntington.com/businessresources

## *Huntington Business Checking 100* — *Account: -------3688*

| **Statement Activity From: 04/01/25 to 04/30/25** | | **Beginning Balance** | **$574.11** |
|---|---|---|---|
| Days in Statement Period | 30 | **Debits (-)** | **55.50** |
| Average Ledger Balance* | 568.56 | Other Debits | 55.50 |
| Average Collected Balance* | 568.56 | **Total Service Charges (-)** | **0.00** |
| | | **Ending Balance** | **$518.61** |

* The above balances correspond to the service charge cycle for this account.

## *Other Debits (-)* — *Account:-------3688*

| Date | Amount | Description |
|---|---|---|
| 04/28 | 55.50 | ADT SECURITY PAYMENT 250427 BILL PAY ACCT XXXXXXX2458 PAYEE 000008 |

## *Service Charge Summary* — *Account:-------3688*

| | |
|---|---|
| **Previous Month Service Charges (-)** | **$0.00** |
| **Total Service Charges (-)** | **$0.00** |

## *Balance Activity* — *Account:-------3688*

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 03/31 | 574.11 | 04/28 | 518.61 | | |

Investments are offered through the Huntington Investment Company, Registered Investment Advisor, member FINRA/SIPC, a wholly-owned subsidiary of Huntington Bancshares Inc.

The Huntington National Bank is Member FDIC. ®, Huntington ® and 24-Hour Grace ® are federally registered service marks of Huntington Bancshares Incorporated. The 24-Hour Grace® system and method is patented: US Pat. No. 8,364,581, 8,781,955, 10,475,118, and others pending. ©2025 Huntington Bancshares Incorporated.



**In the Event of Errors or Questions Concerning Electronic Fund Transfers** (electronic deposits, withdrawals, transfers, payments, or purchases), please call either 1-614-480-2001 or call toll free 1-800-480-2001, or write to The Huntington National Bank Research - EA4W61, P.O. Box 1558, Columbus, Ohio 43216 as soon as you can, if you think your statement or receipt is wrong or if you need more information about an electronic fund transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name, your business's name (if appropriate) and the Huntington account number (if any).
2. Describe the error or the transaction you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error. We will investigate your complaint or question and will correct any error promptly.

**Verification of Electronic Deposits** If you authorized someone to make regular electronic fund transfers of money to your account at least once every sixty days, you can find out whether or not the deposit has been received by us, call either 1-614-480-2001 or call toll free 1-800-480-2001.

**Balancing Your Statement** - For your convenience, a balancing page is available on our web site https://www.huntington.com/pdf/balancing.pdf and also available on Huntington Business Online.



**IMPORTANT INFORMATION REGARDING YOUR DEPOSIT ACCOUNT(S) AND/OR TREASURY MANAGEMENT SERVICES**

**EFFECTIVE JUNE 1, 2025**

We are making the following changes to your business checking, savings, and/or money market account(s) as described in this notice. Unless otherwise specified, these changes are made as part of your *Business Account Charges Form*, which is part of your *Account Documents* (the "Agreement"). Please retain this document for your records.

Use of your account on or after June 1, 2025, indicates your acceptance of the changes. For more information about the changes, please contact your Banker, Relationship Manager, or call us at 1-800-480-2001, Monday through Friday, 8:00am to 8:00pm ET and Saturday, 8:00am to 2:00pm ET.

Beginning on June 1, 2025, the updated terms and/or fees for the impacted account services will be as follows:

- In section 3, titled "Online Services, Statements and Other Service Fees", the Business Online-BOL fee is changed to $30.00.

We want to inform you of upcoming price changes for the Treasury Management Services listed below. These changes will be effective **June 1, 2025**, and reflected on your June analysis statement (received in July). Please note, not all price changes may impact you. For questions regarding specific Treasury Management price changes, please contact your Banker, Relationship Manager, Treasury Management Advisor or call us at 1-800-480-2001, Monday through Friday, 8:00am to 8:00pm ET and Saturday, 8:00am to 2:00pm ET.

- ACH Verification
- ACH Transmission
- ACH Third Party
- Automated Fund Investment (AFI)
- Automated Healthcare Solutions
- Business Online
- Deposit Account Control Agreements
- Lockbox
- Payment Center - ACH
- Remote Deposit Capture
- Safe Cash Manager
- Vault
- Visual Archive

As a reminder, use of your account on or after **June 1, 2025**, indicates your acceptance of the changes.

25-50238-amk Doc 92 FILED 05/22/25 ENTERED 05/22/25 11:24:23 Page 20 of 29

Fit for the Red Carpet

**10005 Huntington Checking, Period Ending 04/30/2025**

**RECONCILIATION REPORT**

Reconciled on: 05/07/2025

Reconciled by: Maxim Liberty

Any changes made to transactions after this date aren't included in this report.

**Summary** USD

| | |
|---|---|
| Statement beginning balance | 574.11 |
| Checks and payments cleared (1) | -55.50 |
| Deposits and other credits cleared (0) | 0.00 |
| Statement ending balance | 518.61 |
| Register balance as of 04/30/2025 | 518.61 |

**Details**

Checks and payments cleared (1)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 04/28/2025 | Expense | | ADT | -55.50 |
| Total | | | | -55.50 |

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37
COLUMBUS OH 43216-1558

FIT FOR THE RED CARPET LLC DEBTOR I
1700 W MARKET ST STE 202
AKRON OH 44313-7002

*Have a Question or Concern?*

Stop by your nearest Huntington office or contact us at:

1-800-480-2001

www.huntington.com/businessresources

## *Huntington Business Checking 100* — *Account: -------6814*

| | | | |
|---|---|---|---|
| **Statement Activity From: 04/01/25 to 04/30/25** | | **Beginning Balance** | **$101,770.94** |
| | | **Credits (+)** | **55,000.06** |
| Days in Statement Period | 30 | Electronic Deposits | 0.06 |
| | | Wire Transfer Credits | 55,000.00 |
| Average Ledger Balance* | 100,593.12 | **Debits (-)** | **32,870.16** |
| Average Collected Balance* | 100,593.12 | Regular Checks Paid | 360.00 |
| | | Electronic Withdrawals | 27,125.80 |
| | | Other Debits | 5,384.36 |
| | | **Total Service Charges (-)** | **5.00** |
| | | **Ending Balance** | **$123,895.84** |

* The above balances correspond to the service charge cycle for this account.

## *Other Credits (+)* — *Account:-------6814*

| Date | Amount | Description |
|---|---|---|
| 04/28 | 55,000.00 | INCOMING FEDWIRE TRANSFER |
| 04/30 | 0.05 | GUSTO ACCTVERIFY 250430 6semk4ej3ti |
| 04/30 | 0.01 | GUSTO ACCTVERIFY 250430 6semk4ej3v8 |

## *Checks (-)* — *Account:-------6814*

| Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|
| 04/04 | 360.00 | 1001 | | | |

(*) Indicates the prior sequentially numbered check(s) may have 1) been voided by you 2) not yet been presented 3) appeared on a previous statement or 4) been included in a list of checks.

## *Other Debits (-)* — *Account:-------6814*

| Date | Amount | Description |
|---|---|---|
| 04/07 | 838.42 | PURCHASE PY *BARLEY HOUSE PY *BARLEY HOUSE AKRON OH XXXXXXXXXXXX1347 |
| 04/07 | 1,268.00 | WITHDRAWAL |
| 04/14 | 114.00 | ENBRIDGE GAS PAYMENT 250414 BILL PAY ACCT XXXXXXX2458 PAYEE 000007 |
| 04/14 | 200.66 | FIRST ENERGY PAYMENT 250414 BILL PAY ACCT XXXXXXX2458 PAYEE 000079 |
| 04/14 | 455.01 | VERIZON WIREL PAYMENT 250414 BILL PAY ACCT XXXXXXX2458 PAYEE 000011 |
| 04/16 | 611.25 | PURCHASE STATE FARM INSURANCE STATE FARM INSURANCE BLOOMINGTON IL XXXXXXXXXXXX1347 |
| 04/18 | 32.01 | PURCHASE TARGET 00009860 TARGET 00009860 AKRON OH XXXXXXXXXXXX1347 |

Investments are offered through the Huntington Investment Company, Registered Investment Advisor, member FINRA/SIPC, a wholly-owned subsidiary of Huntington Bancshares Inc.

The Huntington National Bank is Member FDIC. ®, Huntington ® and 24-Hour Grace ® are federally registered service marks of Huntington Bancshares Incorporated. The 24-Hour Grace® system and method is patented: US Pat. No. 8,364,581, 8,781,955, 10,475,118, and others pending. ©2025 Huntington Bancshares Incorporated.



## *Other Debits (-)*

*Account:-------6814*

| Date | Amount | Description |
|---|---|---|
| 04/18 | 159.97 | WM AKRON LLC PURCHASE 250416 31767962 |
| 04/18 | 7,000.00 | WM AKRON LLC PURCHASE 250416 31767953 |
| 04/21 | 24.33 | PURCHASE WHOLEFDS AKN#10673 WHOLEFDS AKN#10673 AKRON OH XXXXXXXXXXXX1347 |
| 04/25 | 0.01 | GUSTO ACCTVERIFY 250425 6semk4d0d6p |
| 04/25 | 0.05 | GUSTO ACCTVERIFY 250425 6semk4d0d52 |
| 04/28 | 49.99 | PURCHASE FITRADIO FITRADIO ATLANTA GA XXXXXXXXXXXX1347 |
| 04/28 | 399.60 | PURCHASE ZINGLE, INC. ZINGLE, INC. PLEASANTON CA XXXXXXXXXXXX1347 |
| 04/28 | 239.51 | ADT SECURITY PAYMENT 250428 BILL PAY ACCT XXXXXXX2458 PAYEE 000008 |
| 04/28 | 267.70 | SPECTRUM-FORM PAYMENT 250428 BILL PAY ACCT XXXXXXX2458 PAYEE 000050 |
| 04/29 | 267.98 | PURCHASE 4TE*SILCO FIRE & SECUR 4TE*SILCO FIRE & SECUR CINCINNATI OH XXXXXXXXXXXX1347 |
| 04/30 | 615.90 | OHIO EDISON PAYMENT 250430 BILL PAY ACCT XXXXXXX2458 PAYEE 000081 |
| 04/30 | 155.00 | GUSTO CND 371093 250430 6semk4edheh |
| 04/30 | 250.00 | GUSTO CND 371093 250430 6semk4edhee |
| 04/30 | 455.00 | GUSTO CND 371093 250430 6semk4edhec |
| 04/30 | 800.00 | GUSTO CND 371093 250430 6semk4edhed |
| 04/30 | 1,868.75 | GUSTO CND 371093 250430 6semk4edhei |
| 04/30 | 1,948.00 | GUSTO CND 371093 250430 6semk4edhef |
| 04/30 | 2,311.25 | GUSTO TAX 371080 250430 6semk4e9blg |
| 04/30 | 3,646.20 | GUSTO CND 371093 250430 6semk4edheg |
| 04/30 | 8,531.57 | GUSTO NET 371078 250430 6semk4e9blf |

## *Service Charge Detail*

*Account:-------6814*

| Date | Service Charge (-) | Waives and Discounts (+) | Description |
|---|---|---|---|
| 04/15 | 5.00 | | STATEMENT CHARGE |

## *Service Charge Summary*

*Account:-------6814*

| | |
|---|---|
| **Previous Month Service Charges (-)** | **$5.00** |
| **Total Service Charges (-)** | **$5.00** |

## *Balance Activity*

*Account:-------6814*

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 03/31 | 101,770.94 | 04/15 | 98,529.85 | 04/25 | 90,702.23 |
| 04/04 | 101,410.94 | 04/16 | 97,918.60 | 04/28 | 144,745.43 |
| 04/07 | 99,304.52 | 04/18 | 90,726.62 | 04/29 | 144,477.45 |
| 04/14 | 98,534.85 | 04/21 | 90,702.29 | 04/30 | 123,895.84 |



**In the Event of Errors or Questions Concerning Electronic Fund Transfers** (electronic deposits, withdrawals, transfers, payments, or purchases), please call either 1-614-480-2001 or call toll free 1-800-480-2001, or write to The Huntington National Bank Research - EA4W61, P.O. Box 1558, Columbus, Ohio 43216 as soon as you can, if you think your statement or receipt is wrong or if you need more information about an electronic fund transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name, your business's name (if appropriate) and the Huntington account number (if any).
2. Describe the error or the transaction you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error. We will investigate your complaint or question and will correct any error promptly.

**Verification of Electronic Deposits** If you authorized someone to make regular electronic fund transfers of money to your account at least once every sixty days, you can find out whether or not the deposit has been received by us, call either 1-614-480-2001 or call toll free 1-800-480-2001.

**Balancing Your Statement** - For your convenience, a balancing page is available on our web site https://www.huntington.com/pdf/balancing.pdf and also available on Huntington Business Online.



**IMPORTANT INFORMATION REGARDING YOUR DEPOSIT ACCOUNT(S) AND/OR TREASURY MANAGEMENT SERVICES**

**EFFECTIVE JUNE 1, 2025**

We are making the following changes to your business checking, savings, and/or money market account(s) as described in this notice. Unless otherwise specified, these changes are made as part of your *Business Account Charges Form*, which is part of your *Account Documents* (the "Agreement"). Please retain this document for your records.

Use of your account on or after June 1, 2025, indicates your acceptance of the changes. For more information about the changes, please contact your Banker, Relationship Manager, or call us at 1-800-480-2001, Monday through Friday, 8:00am to 8:00pm ET and Saturday, 8:00am to 2:00pm ET.

Beginning on June 1, 2025, the updated terms and/or fees for the impacted account services will be as follows:

- In section 3, titled "Online Services, Statements and Other Service Fees", the Business Online-BOL fee is changed to $30.00.

We want to inform you of upcoming price changes for the Treasury Management Services listed below. These changes will be effective **June 1, 2025**, and reflected on your June analysis statement (received in July). Please note, not all price changes may impact you. For questions regarding specific Treasury Management price changes, please contact your Banker, Relationship Manager, Treasury Management Advisor or call us at 1-800-480-2001, Monday through Friday, 8:00am to 8:00pm ET and Saturday, 8:00am to 2:00pm ET.

- ACH Verification
- ACH Transmission
- ACH Third Party
- Automated Fund Investment (AFI)
- Automated Healthcare Solutions
- Business Online
- Deposit Account Control Agreements
- Lockbox
- Payment Center - ACH
- Remote Deposit Capture
- Safe Cash Manager
- Vault
- Visual Archive

As a reminder, use of your account on or after **June 1, 2025**, indicates your acceptance of the changes.

Fit for the Red Carpet

**10006 Huntington Checking - 6814, Period Ending 04/30/2025**

**RECONCILIATION REPORT**

Reconciled on: 05/07/2025

Reconciled by: Maxim Liberty

Any changes made to transactions after this date aren't included in this report.

**Summary** USD

| | |
|---|---|
| Statement beginning balance | 101,770.94 |
| Checks and payments cleared (29) | -32,875.16 |
| Deposits and other credits cleared (3) | 55,000.06 |
| Statement ending balance | 123,895.84 |
| Register balance as of 04/30/2025 | 123,895.84 |

**Details**

Checks and payments cleared (29)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 04/04/2025 | Expense | | | -360.00 |
| 04/07/2025 | Expense | | | -1,268.00 |
| 04/07/2025 | Expense | | Barley House | -838.42 |
| 04/14/2025 | Expense | | Dominion East Ohio | -114.00 |
| 04/14/2025 | Expense | | First Energy | -200.66 |
| 04/14/2025 | Expense | | Verizon | -455.01 |
| 04/15/2025 | Expense | | | -5.00 |
| 04/16/2025 | Expense | | State Farm | -611.25 |
| 04/18/2025 | Expense | | WM Akron LLC | -7,000.00 |
| 04/18/2025 | Expense | | WM Akron LLC | -159.97 |
| 04/18/2025 | Expense | | Target | -32.01 |
| 04/21/2025 | Expense | | Whole Foods Market | -24.33 |
| 04/25/2025 | Expense | | Gusto | -0.05 |
| 04/25/2025 | Expense | | | -0.01 |
| 04/28/2025 | Expense | | FitRadio.com | -49.99 |
| 04/28/2025 | Expense | | ADT | -239.51 |
| 04/28/2025 | Expense | | Spectrum | -267.70 |
| 04/28/2025 | Expense | | Zingle Inc | -399.60 |
| 04/29/2025 | Expense | | Silco Fire & Security | -267.98 |
| 04/30/2025 | Expense | | Gusto | -455.00 |
| 04/30/2025 | Expense | | Gusto | -800.00 |
| 04/30/2025 | Expense | | Gusto | -250.00 |
| 04/30/2025 | Expense | | Gusto | -1,948.00 |
| 04/30/2025 | Expense | | Gusto | -3,646.20 |
| 04/30/2025 | Expense | | Gusto | -155.00 |
| 04/30/2025 | Expense | | Gusto | -1,868.75 |
| 04/30/2025 | Expense | | Gusto | -2,311.25 |
| 04/30/2025 | Expense | | Gusto | -8,531.57 |
| 04/30/2025 | Expense | | | -615.90 |
| **Total** | | | | **-32,875.16** |

Deposits and other credits cleared (3)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 04/27/2025 | Expense | | | 55,000.00 |
| 04/30/2025 | Deposit | | | 0.05 |
| 04/30/2025 | Deposit | | | 0.01 |
| **Total** | | | | **55,000.06** |

THE HUNTINGTON NATIONAL BANK
PO BOX 1558 EA1W37
COLUMBUS OH 43216-1558

FIT FOR THE RED CARPET LLC DEBTOR I
1700 W MARKET ST STE 202
AKRON OH 44313-7002

*Have a Question or Concern?*

Stop by your nearest Huntington office or contact us at:

1-800-480-2001

www.huntington.com/businessresources

## *Huntington Business Checking 100* — *Account: ------7389*

| **Statement Activity From: 04/01/25 to 04/30/25** | | **Beginning Balance** | **$1,185.52** |
|---|---|---|---|
| Days in Statement Period | 30 | **Total Service Charges (-)** | **0.00** |
| Average Ledger Balance* | 1,185.52 | **Ending Balance** | **$1,185.52** |
| Average Collected Balance* | 1,185.52 | | |

* The above balances correspond to the service charge cycle for this account.

## *Service Charge Summary* — *Account:-------7389*

| | |
|---|---|
| **Previous Month Service Charges (-)** | **$0.00** |
| **Total Service Charges (-)** | **$0.00** |

**In the Event of Errors or Questions Concerning Electronic Fund Transfers** (electronic deposits, withdrawals, transfers, payments, or purchases), please call either 1-614-480-2001 or call toll free 1-800-480-2001, or write to The Huntington National Bank Research - EA4W61, P.O. Box 1558, Columbus, Ohio 43216 as soon as you can, if you think your statement or receipt is wrong or if you need more information about an electronic fund transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name, your business's name (if appropriate) and the Huntington account number (if any).
2. Describe the error or the transaction you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error. We will investigate your complaint or question and will correct any error promptly.

**Verification of Electronic Deposits** If you authorized someone to make regular electronic fund transfers of money to your account at least once every sixty days, you can find out whether or not the deposit has been received by us, call either 1-614-480-2001 or call toll free 1-800-480-2001.

**Balancing Your Statement -** For your convenience, a balancing page is available on our web site https://www.huntington.com/pdf/balancing.pdf and also available on Huntington Business Online.

Investments are offered through the Huntington Investment Company, Registered Investment Advisor, member FINRA/SIPC, a wholly-owned subsidiary of Huntington Bancshares Inc.

The Huntington National Bank is Member FDIC. ®, Huntington ® and 24-Hour Grace ® are federally registered service marks of Huntington Bancshares Incorporated. The 24-Hour Grace® system and method is patented: US Pat. No. 8,364,581, 8,781,955, 10,475,118, and others pending. ©2025 Huntington Bancshares Incorporated.



## IMPORTANT INFORMATION REGARDING YOUR DEPOSIT ACCOUNT(S) AND/OR TREASURY MANAGEMENT SERVICES

### EFFECTIVE JUNE 1, 2025

We are making the following changes to your business checking, savings, and/or money market account(s) as described in this notice. Unless otherwise specified, these changes are made as part of your *Business Account Charges Form*, which is part of your *Account Documents* (the "Agreement"). Please retain this document for your records.

Use of your account on or after June 1, 2025, indicates your acceptance of the changes. For more information about the changes, please contact your Banker, Relationship Manager, or call us at 1-800-480-2001, Monday through Friday, 8:00am to 8:00pm ET and Saturday, 8:00am to 2:00pm ET.

Beginning on June 1, 2025, the updated terms and/or fees for the impacted account services will be as follows:

- In section 3, titled "Online Services, Statements and Other Service Fees", the Business Online-BOL fee is changed to $30.00.

We want to inform you of upcoming price changes for the Treasury Management Services listed below. These changes will be effective **June 1, 2025**, and reflected on your June analysis statement (received in July). Please note, not all price changes may impact you. For questions regarding specific Treasury Management price changes, please contact your Banker, Relationship Manager, Treasury Management Advisor or call us at 1-800-480-2001, Monday through Friday, 8:00am to 8:00pm ET and Saturday, 8:00am to 2:00pm ET.

- ACH Verification
- ACH Transmission
- ACH Third Party
- Automated Fund Investment (AFI)
- Automated Healthcare Solutions
- Business Online
- Deposit Account Control Agreements
- Lockbox
- Payment Center - ACH
- Remote Deposit Capture
- Safe Cash Manager
- Vault
- Visual Archive

As a reminder, use of your account on or after **June 1, 2025**, indicates your acceptance of the changes.

Fit for the Red Carpet

**10007 Huntington checking - 7389, Period Ending 04/30/2025**

**RECONCILIATION REPORT**

Reconciled on: 05/07/2025

Reconciled by: Maxim Liberty

Any changes made to transactions after this date aren't included in this report.

| **Summary** | USD |
|---|---|
| Statement beginning balance | 1,185.52 |
| Checks and payments cleared (0) | 0.00 |
| Deposits and other credits cleared (0) | 0.00 |
| Statement ending balance | 1,185.52 |
| Register balance as of 04/30/2025 | 1,185.52 |